# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

IVORY LEE ROBINSON,

    Petitioner,

v.                                Case No. 1:18cv20-MW/CAS

JULIE L. JONES, Secretary,
Florida Department of Corrections,

    Respondent.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 18, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 21. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Respondent's motion to dismiss, ECF No. 16, is **GRANTED**, the petition for writ of habeas corpus, ECF No. 1, is **DISMISSED**, a Certificate of Appealability is

1

**DENIED**, and leave to appeal *in forma pauperis* is **DENIED**. Petitioner's Application for Certificate of Appealability, ECF No. 22, is **DENIED**." The Clerk shall close the file.

**SO ORDERED on February 1, 2019.**

<u>s/Mark E. Walker           </u>
**Chief United States District Judge**